William F. Hines
vs.
Saart Bros. Co. } Eq. No. 9281.

October 11, 1929.

BLODGETT, P. J. Bill in equity seeking to recover from respondent corporation money paid by complainant for the purchase of stock issued by said corporation. Present hearing is upon motion of complainant to strike out certain paragraphs of answer, and motion of respondent to dismiss the bill.

Both motions are denied.

For complainant: Francis D. McManus.

For respondent: Lee & McCanna.